# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** O'Grady v. Bluecrest Capital Management, LLP  **Docket No.:** 15-2240

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Eric R. Stern

**Firm:** Sack & Sack, LLP

**Address:** 110 East 59th Street, 19th Floor, New York, NY 10022

**Telephone:** 212-702-9000  **Fax:** 212-702-9702

**E-mail:** estern@sackandsack.com

**Appearance for:** Plaintiff, Nicholas O' Grady
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Jonathan Sack, Esq. )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 13, 2012  OR

[ ] I applied for admission on .

**Signature of Counsel:** /s/ Eric R. Stern

**Type or Print Name:** Eric R. Stern, Esq.